THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL D. MONTGOMERY,<br><br>　　　　　　　　　Defendant. | No. CR 11-5156 RJB<br><br>ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL |

THIS MATTER having come on upon the motion of the Defendant to allow a substitution of counsel, and the parties having agreed that the relief requested is appropriate as evidenced by the signatures of the respective counsel and the Court being advised on the premises, NOW THEREFORE

IT IS ORDERED, ADJUDGED AND DECREED that Russell Leonard shall be allowed to withdraw and The Law Offices of John Henry Browne, P.S. be substituted as counsel for Michael D. Montgomery.

DATED this 19th day of November, 2012.

ROBERT J. BRYAN
United States District Judge

(PROPOSED) ORDER GRANTING MOTION
TO SUBSTITUTE COUNSEL - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
200 DELMAR BUILDING
108 SOUTH WASHINGTON STREET
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

| | |
|---|---|
| 1 | Presented by: |
| 2 | JOHN HENRY BROWNE, P.S. |
| 3 | |
| 4 | */s John Henry Browne* <br> John Henry Browne, WSBA #4677 |
| 5 | Substituting Attorney for Michael D. Montgomery |
| 6 | |
| 7 | Electronically approved by: |
| 8 | |
| 9 | */s Russell Leonard* <br> Russell Leonard, WSBA #19972 |
| 10 | Withdrawing Attorney |

(PROPOSED) ORDER GRANTING MOTION
TO SUBSTITUTE COUNSEL - 2